UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

     v.                        Criminal No. 12-cr-142-01-JL

Robert Joubert

## O R D E R

The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted. The court respectfully requests that, as a general matter, counsel provide more substantive information and grounds in support of motions to continue. Final Pretrial is rescheduled to March 20, 2013 at 10:00 a.m.; Trial is continued to the two-week period beginning April 2, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 5, 2012

cc:  Bjorn Lange, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation