UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                                    Criminal No. 12-cr-142-01-JL

        v.

Robert Joubert


                            O R D E R


    The assented to motion to reschedule jury trial (document no.
Joubert) filed by defendant is granted. This is the third
continuance, and while the grounds raised are legitimate, their
emergence was neither recent nor surprising.  There will be no
further continuances without a persuasive showing of good cause. The
motion for severance shall be filed in or before May 20, and counsel
for neither side should assume that the earlier-tried counts will
not be scheduled during the summer.  Final Pretrial is rescheduled
to September 20, 2013 at 2:00 PM; Trial is continued to the two-week
period beginning October 1, 2013, 9:30 AM. In addition to various
filing deadlines contained in the local rules, the parties shall also
file any in limine motions no later than ten (10) days prior to the
final pretrial conference.  Objections to motions in limine shall
be filed no later than three (3) days prior to the final pretrial
conference.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 10, 2013

cc:  Helen W. Fitzgibbon, Esq.
     Bjorn R. Lange, Esq.
     U.S. Marshal
     U.S. Probation